JOSEPH NIGHTINGALE V. STATE OF NEBRASKA.
PHILIP NORTON V. STATE OF NEBRASKA.

FILED MARCH 11, 1921.   NOS. 21721, 21722.

ERROR to the district court for Douglas county: WILLIS G. SEARS, JUDGE. *Reversed.*

*Gray & Brumbaugh* and *Macfarland & Macfarland,* for plaintiffs in error.

*Clarence A. Davis, Attorney General,* and *C. L. Dort,* contra.

FLANSBURG, J.

These cases were tried together with the case of *Swanson v. State, ante,* p. 761, are decided upon the same record, and involve the same question. They are controlled by the ruling in the *Swanson* case and are reversed for the reasons given therein.

REVERSED.